**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6766**

JEFFREY T. LAWSON,

            Plaintiff - Appellant,

      v.

AMANDA DAVIS, Nurse; LEE NOBLES, Director of S.W.V.R.J.A. and
owner of all regional jails of Virginia,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:08-cv-00288-jct-mfu)

Submitted:  July 22, 2008            Decided:  July 28, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey T. Lawson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey T. Lawson appeals the district court order dismissing without prejudice his civil rights complaint because he failed to exhaust administrative remedies. We have reviewed the record and the district court memorandum opinion and affirm for the reasons cited by the district court. See Lawson v. Davis, No. 7:08-cv-00288-jct-mfu (W.D. Va. Apr. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED